IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:97-cr-00043-01 |
| | ) | Chief Judge Haynes |
| ROBERT L. HICKS | ) | |

**ORDER**

Before the Court is the Defendant's motion for early termination of supervised release (Docket Entry No. 165), citing his successful supervised release that commenced on November 12, 2010. With the exception of a trespass citation in April 2011, the Defendant has complied fully with his supervision. The Defendant's probation officer consents to this termination. The Defendant is employed as a labor foreman at Tennessee Valley Authority in Gallatin, Tennessee, usually works 70-75 hours per week, is a member of the International Laborers Union, and regularly attends Mt. Zion Baptist Church. Defendant satisfies the Judicial Conference's criteria for early termination of his supervision. See Baber and Johnson, Early Termination of Supervision: No Compromise to Community Safety, Federal Probation Vol. 77(2) (2013) (Docket Entry No. 165-1).

For these reasons, the Defendant's motion for early termination of his supervised release (Docket Entry No. 165) is **GRANTED** effective the date of this Order.

It is so **ORDERED**.

ENTERED this the 11th day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge